1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **EASTERN DISTRICT OF CALIFORNIA**

6

7 TYRONE LEWIS,                          Case No. 1:19-cv-01468-BAM (PC)

8                 Plaintiff,
                                       ORDER TO SUBMIT APPLICATION
9        v.                             TO PROCEED *IN FORMA PAUPERIS*
                                       OR PAY FILING FEE WITHIN 45 DAYS
10 WELSH, et al.,

11                 Defendants.          **FORTY-FIVE (45) DAY DEADLINE**

12

13         Plaintiff Tyrone Lewis is a state prisoner proceeding *pro se* in a civil rights action

14 pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an

15 application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

16         Accordingly, IT IS HEREBY ORDERED that:

17         Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the

18 attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative,

19 pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

20 **showing of good cause.  Failure to comply with this order will result in dismissal of this**

21 **action.**

22

23 IT IS SO ORDERED.

24    Dated:   __October 21, 2019__          ___/s/ Barbara A. McAuliffe___
                                           UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                            1