UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE LEWIS,<br><br>         Plaintiff,<br><br>    v.<br><br>WELSH, et al.,<br><br>         Defendants. | No. 1:19-cv-01468-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. NOS. 19 & 21) |

   Tyrone Lewis ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this action filed on October 17, 2019. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On August 7, 2020, the assigned magistrate j entered findings and recommendations, recommending that "[t]his case proceed on Plaintiff's First Amendment retaliation claim against defendant Welsh," and that "[a]ll other claims and defendants be dismissed for failure to state a claim upon which relief may be granted." (Doc. No. 21 at 10.)

   Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,

the court finds the findings and recommendations to be supported by the record and proper analysis.

       Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on August 7, 2020, (Doc. No. 21) are ADOPTED in full;
2. This case proceed on plaintiff's First Amendment retaliation claim against defendant Welsh;
3. All other claims and defendants are dismissed due to plaintiff's failure to state a claim upon which relief may be granted;
4. The Clerk of Court is directed to reflect the dismissal of all defendants on the court's docket, except for defendant Welsh; and
5. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __September 22, 2020__      _Dale A. Drozd_
                                                          UNITED STATES DISTRICT JUDGE