**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRONE LEWIS,<br><br>            Plaintiff,<br><br>      v.<br><br>WELCH,<br><br>            Defendant. | Case No. 1:19-cv-01468-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO OPT OUT OF EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 32) |

This matter has been referred for an early settlement conference. (ECF No. 27). On December 23, 2020, Defendant filed a request to opt out of the settlement conference, explaining that after investigating Plaintiff's claims and conferring with her supervisor, defense counsel believes that an early settlement conference would not be productive at this time because Plaintiff failed to exhaust administrative remedies before filing suit and Defendant anticipates filing a motion for summary judgment based on this. (ECF No. 32). The Court will accordingly grant Defendant's request to opt out of an early settlement conference.[1] A settlement conference may be scheduled at a later date, if appropriate.

\\\

\\\

\\\

\\\

\\\

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 27), Defendant did not need to file a request to opt out of the early settlement conference. Instead, Defendant should have filed a notice that Defendant is opting out of an early settlement conference.

It is ORDERED that Defendant's request to opt out of an early settlement conference (ECF No. 32) is GRANTED.

IT IS SO ORDERED.

Dated: **January 6, 2021**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE