UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE LEWIS,<br><br>          Plaintiff,<br><br>     v.<br><br>WELCH,<br><br>          Defendant. | Case No. 1:19-cv-01468-DAD-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT BE DENIED<br><br>(ECF No. 37)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS |

Tyrone Lewis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this action filed on October 17, 2019. This case settled (ECF No. 35) and was closed (ECF No. 36).

On November 1, 2021, Plaintiff filed what the Court construes as a motion to enforce the settlement agreement. (ECF No. 37). According to Plaintiff, Defendant failed to make the $500 settlement payment. As evidence, Plaintiff attached his Inmate Statement Report.

On November 10, 2021, Defendant filed the declaration of S. Saunders, a Restitution Coordinator at the Inmate Accounting Office Headquarters, in response to Plaintiff's motion. (ECF No. 39). As restitution coordinator, Saunders has "access to and can review inmate trust accounts, financial transactions made by CDCR, and settlement payments made by CDCR to inmates." (Id. at 1). Saunders reviewed Plaintiff's Inmate Statement Report for settlement payments made by the CDCR for this case. (Id. at 2). "On August 11, 2021, an amount of $500 was tendered by CDCR to Plaintiff Lewis. This payment was made as a 'Direct

Restitution Payment.'  The check number is 04-602153.  This was the settlement payment for the case of Lewis v. Welsh et al., 1:19-cv-1468-EPG." (Id.).  Attached to the declaration is a copy of the remittance associated with this transaction.  (Id.).  The remittance states that a $500 payment was made to Plaintiff and references the case number for this case.  (Id. at 4).

The Court notes that the dismissal order did not retain jurisdiction over this matter.  Moreover, after reviewing the evidence, including the Inmate Statement Report provided by Plaintiff (ECF No. 37, p. 3), Plaintiff received the $500 settlement payment on August 11, 2021.

Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion to enforce the settlement agreement (ECF No. 37) be denied.

These findings and recommendations are submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen (14) days after service of the objections.  The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **November 12, 2021**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE