UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE LEWIS,<br><br>            Plaintiff,<br><br>     v.<br><br>WELCH,<br><br>            Defendant. | No. 1:19-cv-01468-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>(Doc. Nos. 37, 40) |

Tyrone Lewis ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this action filed on October 17, 2019. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

This case settled (Doc. No. 35) and was closed (Doc. No. 36.) On November 1, 2021, plaintiff filed what the court construes as a motion to enforce the settlement agreement. (Doc. No. 37.) On November 12, 2021, the assigned magistrate judge entered findings and recommendations, recommending "that Plaintiff's motion to enforce the settlement agreement (ECF No. 37) be denied." (Doc. No. 40 at 2.)

The parties were provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on November 12, 2021, (Doc. No. 40), are adopted in full; and
2. Plaintiff's motion to enforce the settlement agreement, (Doc. No. 37), is denied. This case shall remain closed.

IT IS SO ORDERED.

Dated: __**December 8, 2021**__                     /s/ Dale A. Drozd
                                                UNITED STATES DISTRICT JUDGE